UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| In re: John William Olsen, Jr. <br> Timmie Jo Olsen <br> Debtor | ) ) ) ) ) | Bk. No. 09-15012-BAH <br> Chapter 7 |

## ORDER

After hearing on the Trustee's Motion Under Section 363(b) of Intent to Sell Property (one-half interest in real estate situated at 10 Chase Island Road, Atkinson, New Hampshire),

It is hereby ORDERED, ADJUDGED and DECREED:

1. That the Trustee's Motion Under Section 363(b) of Intent to Sell Property is hereby granted.

2. That the Trustee is authorized to sell the estate's one-half interest in the real estate situated at 10 Chase Island Road, Atkinson, New Hampshire as evidenced by deed dated September 22, 2000 and recorded on September 25, 2000 in Volume 3506, Page 1160 of the Rockingham County Registry of Deeds to Nelson G. Rocha, of 381 Plain Street, Rockland, MA 02370 for the sum of $5,000.00 and to issue a Quitclaim Deed.

3. The Court further, pursuant to Rule 6004(h), waives the 14 day stay period.

So ordered.

Dated: _____

_____
Bankruptcy Judge